**UNITED STATES of America, Plaintiff-Appellee**

v.

**Julio Alejandro ARIAS-BARRON, also known as Julio Alejandro Arias Barron, also known as Julio Arias-Barron, also known as Alejandro Gomez-Barron, also known as Julio Alejandro Arias, also known as Alejandro Arias, Defendant-Appellant**

**No. 16-20162**
**Conference Calendar**

United States Court of Appeals, Fifth Circuit.

Filed June 20, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Julio Alejandro Arias-Barron, Pro Se

Before SMITH, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Julio Alejandro Arias-Barron has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Arias-Barron has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.